# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-18-2048-S1 |
| | § | |
| PEDRO RAUL GONZALEZ-MENDOZA | § | |
| BRENDA ACUNA | § | |
| MANUEL PEREZ-ESPINOZA | § | |
| DAVID JESUS ZAVALA | § | |

### <u>SEALED SUPERSEDING INDICTMENT</u>

**THE GRAND JURY CHARGES:**

### <u>Count One</u>

From on or about January of 2018, to on or about December of 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**PEDRO RAUL GONZALEZ-MENDOZA**
**BRENDA ACUNA**
**MANUEL PEREZ-ESPINOZA**
**and**
**DAVID JESUS ZAVALA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### <u>Count Two</u>

On or about April 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BRENDA ACUNA**
**and**
**MANUEL PEREZ-ESPINOZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 20.4 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about August 2, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**PEDRO RAUL GONZALEZ MENDOZA**
**and**
**DAVID JESUS ZAVALA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 27.8 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Four

On or about August 2, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**PEDRO RAUL GONZALEZ MENDOZA**
**and**
**DAVID JESUS ZAVALA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 20 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Five

On or about November 19, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**PEDRO RAUL GONZALEZ MENDOZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 19.5 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Six

On or about November 19, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**PEDRO RAUL GONZALEZ MENDOZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 5.5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Seven

On or about December 19, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MANUEL PEREZ-ESPINOZA

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 15.65 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY